Cause No
3:23cv 408-DPJ-FKB

Title VII of Civil Rights Act of 1964 as amended

Raymond Pitts 410358466
909 North St. #7
Jackson Miss 39202

. VS .

Waffle House Inc
5986 Financial Dr
Norcross, GA 30071

Comes Now Raymond Pitts #410358466 Pro Se Before the honorable court of the United States for violation of my civil right not to be retaliated against in the workplace or at home by ones employer. The violation taken place in Jackson Mississippi a Waffle House at unit #832 at 106 Larson St Jackson Miss. I believe it to fall in the Southern District of the Federal Courts of Natchez Mississippi Facts and Exibits are as follows

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 2 6 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

I Raymond Pitts #410358466 Began my Waffle House Carreer in 1997 at a Waffle House in Memphis TN from there it was Germantown TN, Cordova TN, Bartlett TN, Lakeland TN, Atlanta GA, Tunica Miss, Hernando Miss, Olive Branch Miss, Horn Lake Miss, Flowood Miss Pearl Miss. Jackson Miss verifiable by Federal Tax Returns since 1997

At no time or any place have I Incountered the Adversity at which I was subjected to at WAFFLE House #832 Other Than My Time in prison of which I servered Ten (10) years for Armed Robbery From the Beging Beginong

1. It was Aparent the policies simple as dress code were not Being observed nor was proper uniforms Being issued

2. Shortly after Becoming supervisor it was MADE OBvious, unit Mgr Rodger (LNU) did not Run the unit, I was 2nd shift supervisor But Filled in on alternate shifts on a as needed Basis as I often did in other units

Throu subpena of Employment Records The Court will see as a fill In on a alternate 3rd shift I was placed with a salesperson Known only to me as "Mettle" at which time she made it clear who was Runing unit #832 of WAFFLE House in Jackson Miss While Brandishing a semi automatic pistol Throu My Experience at WAFFLE House, Prison and general surviving skill I calmly Explained That she cant do her "Hustle" Everyday nor anyday with me, I would not Be involved. I Reported the incident To

Unit Mgr Rodger (LNU) and district Mgr Chris Pechan Both whom after continual Reports of the criminal activity Unit Mgr Rodger (LNU) ~~and Resinend~~ Quit and District Mgr ~~Ch~~ Chris Pechan Transfered But nothing was done about my Reports

3. As a Supervisor I Tried to lead by Example Starting with a full complete uniform and My Reports ~~thr~~ to the New Unit Mgr Jeremy Hill and District Mgr T.J (LNU) where ~~oly~~ only met with They had no one else to work But nether where actively Recruiting New Employees But ~~in~~ encouraged Me to

4. I was often Mislead Being told Unit Mgr Jeremy Hill and/or District Mgr T.J (LNU) would Review video and adress issues But they ~~did~~ never did ~~By There~~

A matinance Issue of the Freeze continually Breaking down was never adressed until I as a member of Management with access to the Group Me Social website For ~~toH~~ Waffle House Mgmt Posted My conBerns and photo's of Mantinace Crew

There After on or about Nov. 25 - 30 a fill in Salesperson known as Kim AKA "Monique" (LNU) was a dangerous issue. SEE Exibit A1

Exibit A1 Is a draft copy of a written Report submitted to District T.J (LNU) it is a draft so it is incomplete But By subpena the written report is avaible as well as a online submition That T.J (LNU) encouraged me to file as well

5. Around the same Time District Mgr T.J (LNU) incresed Presares By Demand I work more and more overtime in his District and when I refused I was given a written Warning for not working a 3rd shift at another location when I had already had overtime at unit #832 See Exibit A2

This or simalar Behavior continued until District Mgr T.J (LNU) Transfered after Dening me one

6. By this time I was catching on to the Fact I was Reporting it wrongly By Report it To Divison Ernest (LNU) who's solution of Rotating Mgmt out to couce up the serious issue's I continually Reported

At which time Chris Pechan was made by promotion The Division Mgr The same District I had Reported all activities of Theft, open air Drug market and credit card Fraud And Then it got worse to the point of unbearable Even as experinced

as I am, nothing but Prison could I compare it to and WAFFlE House is not Prison nor should it Be compared to When policies set forth By a corprate office are OBSERVED and ENforced as is the Job of Management

7. Around the approxment time or a little Before Chris Pechan's promotion to Division T.J (LNU) was Replaced By and new District Cedric (LNU) and after Repeated Request of Transfer To the point of asking for a seperation notice And Denied Both and any attempt at just quiting and not showing up was met with Harrassing phone calls and/or visits to my home to "pick" me up for work.

8. I Raymond Pitts live less Than One (1) mile from WAFFlE House #832 I have never missed a day of work or Been late without notice Even on Rainy Days I cand and have called a UBER, LYft (TAXI) or wore a poncho I never missed work There was never a need as I seen it to come to my home and pick me up I found this to be Harrassing or a Envasion of m private home life By WAFFlE House Management which was another concern of mine that FEll on DEAF EARS

9. From the beginning at WAFFLE House #832 it was apparent that proper Training was not a priority Sales persons where not using the Pull, Drop, Mark Calling process Nor was Grill Operators ~~his~~ using the Magic Marker System

By My experienced observation They where Teaching Them to "Hustle" (Criminal ~~activite~~ behavior)

Fully staffed and operational WAFFLE House does not Take To GO ORDERS only, But At unit #832 Rather than wash Dishes it was the norm all most acceptable By everyone But Me and Waffle House policies WE ARE a 24hr Full service Resturant "GOOD Food Fast" is the Mato not Fast Food

As a supervisory form of Management I could not hire or Terminate Employees, But was encouraged to the point of presured to Recruit Employees

My Request to hire persons of ~~special~~ mild handy caps or Retiree's people that ~~said~~ can only work partime anyway But are or can be good Reliable Employees was not Received well by general Managment

10. Due to enviromental influence of a chronic Hostle work envirement and my life experiences from poverty to Prison I was becoming Defensive and or overly Defensive at times and I noticed the changes in me and I was not "happy" with it I fault so hard not to live "That Life" But as a parolee I did not have many choices and having no Family I had no help or support to just quit my only job and wait to find another

Begining about Mid Febuary I stressed and frustrated to no for seeable end, So I asked a seperation notice from WaFFle House unit #832 Jeremy Hill unit Manager and Cedric (LNU) District Mgr. Laughed at me and told me I could not do that and I even Tryed to explain I was not quiting Waffle House just unit #832 if they would not transfer me I was told it was no going to happen

11. Hostle work envirement went from unbearable to impossible March 3-5 video avaliable by Subpena will show the envirement in which I have previously stated, I was schedule 17hr shifts with only a 6 hr Break See Exibit at LATER DATE with a uncooprative 3rd shift, As a second shift supervisor I hold no supervisory athurity on 3rd ~~shift~~ shift That was a man named Rico Working a alternate shift or store I am only

To do what is Required of the Position I'm Filling in For But time and time again upper Management would place ME at odds with my Fellow coworkers By placing me at odds with ~~where un~~ alternate 3RD shifts where unexceptable Behavior was the norm and when I would make a Report They would go back and tell persons I was snitching ~~stop doing what your doing~~ Thats how They Ran Unit #832

12. I Raymond Pitts #410358466 first hand knowlege of the outside Eviromental influences of the City of ~~a~~ Jackson and WAFFLE House non Felon Employee's buying Firearms for convicted Felons I Became Fearful for my life And on March 13, 2023 I Entered WAFFLE House #832 at 106 larson St. 39202 To Demand my seperation notice Instead I was Fired for insabordination which what the insabordination was never made clear I continually called Management Only to be to Told I could Be given hours in another city/unit But not unit #832 But I could Be Rehired and Chris Pechan Told to file for unemployment to get my Back pay/lost wages, Lori Pettaway at Waffle House corperate office could not or was at a loss as to why I was Being Treated or had no answers There was nothing to support me Being Terminated for insabordination no prior or at the time nothing other than me wanting and demanding action of the Treatment of myself and others and observation of company policies.

13  Since my termination I have continually tried to understand this matter I have made seveal if not more attempts to regain my employment Lori Pettaway of Waffle House can be called to wittness by subpena as well as others to be named at a later date at no time was any insabordanation made clear nor are the any supporting documintation there of so I believe I have been discriminated againstt by retaliation due to my promotion of company policies I allso understand not all cases are the really no case is therefore I can only offer similuar case laws ~~these~~ being Northen Santa Fe Rail~~road~~ Co V. White and Hollins V. Alantic Co 188 F.3d 652 662, Mattern V. Eastman Kodak Co, 104 F.3d 702, 707 (5th Cir 1997) I fully understand I am not a Lawyer nor Judge that is my motive ~~an~~ to seek Judicial Review

14  I have sought help from the EEOC only to recieve little to no assistent to the point of my verbal statements being grossly ~~misrepretation~~ misrepresented as evident of the ~~ig hours~~ for (4) statment I gave when finally recieving my charge No 423-2023-00995 the amended charge which I did the same day after using glasses to read it instead of just trusting a Federal Employee See Exibit

Resolution Sought: Maximum Award By Full Judicial Review

I Raymond Pitts #410358466 Due Humbly submitt To the FEDERAL Court of the United State My ~~petition~~ Request for ~~Releif~~ Relief From Discrimation of My Employer

Submitted This DAY

Raymond Pitts

## Certificate of Service

I Raymond Pitts #410358466 did on this day June 13th file for Judical Review a Charge Complaint with the U.S Federal Court in the Southern District of Mississippi with original mailing to the Federal Courts in Natchez Missisppi and a True Factual Copy mailed to WAFFLE House Inc 5986 Financial DR. Noross, GA 30071

*Raymond Pitts*
*Raymond Pitts*

Federal Court of the Southern District of Mississippi
109 S. Pearl St. Natchez MS. 39120

Date Notarized 06/13/2023
Notary Public - Gloria J. Ramsey
*Gloria J. Ramsey*



STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 108285
GLORIA J. RAMSEY
Commission Expires
March 10, 2026
HINDS COUNTY