Case 3:23-cv-00408-DPJ-FKB Document 48 Filed 05/23/24 Page 1 of 2



# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued as the mandate on** May 23, 2024

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 23-60436

United States Court of Appeals
Fifth Circuit
**FILED**
May 1, 2024
Lyle W. Cayce
Clerk

RAYMOND PITTS,

*Plaintiff—Appellant,*

versus

WAFFLE HOUSE, INCORPORATED,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-408

_____

Before DENNIS, SOUTHWICK, and HO, *Circuit Judges.*

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.

No. 23-60436

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.